## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

HILARIO CANO,

       Plaintiff/Counter Defendant,

  vs.

GUACA MAYA, INC.,

       Defendant/Counter Claimant,

  and

CLAUDIA CANO-ROBLES, individually;

       Defendant.

8:23CV265

**ORDER**

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on March 28, 2025. Accordingly,

**IT IS ORDERED:**

1. On or before **April 28, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge