IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILARIO CANO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GUACA MAYA, INC., and CLAUDIA CANO-ROBLES, individually;<br><br>　　　　　　Defendants. | 8:23CV265<br><br>**ORDER OF DISMISSAL** |

　　This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 70). The Court, being advised in the premises, finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own fees and costs.

　　Dated this 28th day of April, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge